**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRER AFFILIATES LLC, a Delaware limited liability company (FKA BRER Affiliates Inc. FKA Prudential Real Estate Affiliates, Inc.),<br><br>Plaintiff,<br><br>vs.<br><br>ADAMO BROTHERS REALTY, INC. dba PRUDENTIAL ADAMO REALTY, a New Jersey corporation; ATTILIO ADAMO, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV12-00336 CJC(JPRx)<br>Hon. Cormac J. Carney<br>Hon. Magistrate Jean P. Rosenbluth<br><br>**Judgment Against Defendants Adamo Brothers Realty, Inc. dba Prudential Adamo Realty and Attilio Adamo Entered Pursuant to Stipulation for Entry of Judgment**<br><br>Complaint Filed:  March 5, 2012 |

WHEREAS plaintiff BRER Affiliates LLC (FKA BRER Affiliates Inc. FKA Prudential Real Estate Affiliates, Inc.) ("BRER") and defendants Adamo Brothers Realty, Inc. dba Prudential Adamo Realty and Attilio Adamo (collectively referred to as "Defendants") entered into a Stipulation for Entry of Judgment (the "Stipulation")[1];

---

[1] Having read and considered the papers presented by the parties, the Court finds

WHEREAS, pursuant to the Stipulation, BRER and Defendants waived all rights to appeal the judgment entered by the Court pursuant to the Stipulation;

WHEREAS there is no just reason for delay as Defendants have stipulated to the entry of this final judgment and this final judgment will resolve this action in its entirety and good cause appearing;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff BRER Affiliates LLC (FKA BRER Affiliates Inc. FKA Prudential Real Estate Affiliates, Inc.) is hereby awarded judgment on its complaint against defendants Adamo Brothers Realty, Inc. dba Prudential Adamo Realty and Attilio Adamo, jointly and severally, in the amount of $81,937.50 (consisting of $76,000 outstanding under the Settlement Agreement and $5,937.50 for attorneys' fees incurred in enforcing the Settlement Agreement), plus post-judgment interest at the rate of 10% per annum.

2. That certain Settlement Agreement executed concurrently with the Stipulation shall survive the entry of this Judgment, and BRER Affiliates LLC (FKA BRER Affiliates Inc. FKA Prudential Real Estate Affiliates, Inc.) shall be entitled to enforce all of its rights pursuant to such Settlement Agreement and this Judgment.

//
//

---

this matter appropriate for disposition without a hearing.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for January 27, 2014 at 1:30 p.m. is hereby vacated and off calendar.

3. In any action or proceeding to interpret or enforce the parties' rights and obligations under this Judgment or the Settlement Agreement, the prevailing party shall be entitled to recover his, or its reasonable attorneys' fees and costs, and the court reserves jurisdiction to conduct such proceedings and enter such orders as may be necessary to determine or enforce an award of attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: <u>January 24, 2014</u>

_____
The Honorable Cormac J. Carney
United States District Court